**WHITE AND WILLIAMS LLP**
One Penn Plaza
18th Floor - Suite 1801
New York, New York 10119
(212) 631-4406
*Attorneys for Defendants, UnumProvident Corporation and Provident Life and Casualty Insurance Company*
**Andrew I. Hamelsky (AH-6643)**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SEAMON,<br><br>Plaintiff,<br><br>v.<br><br>UNUM PROVIDENT CORPORATION and PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No.:<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, please take notice that:

See corporate organizational chart attached hereto as Exhibit 1.

Dated: April 5, 2007

Respectfully submitted,

By: ______________________

ANDREW I. HAMELSKY (AH-6643)
WHITE AND WILLIAMS LLP
One Penn Plaza, 18th Floor, Suite 1801
New York, New York 10119
(212) 244-9500
*Attorneys for Defendants, Unum Group and Provident Life and Casualty Insurance Company*




**Percentage of ownership is 100% unless otherwise indicated.**

[1] 50% owned by Unum European Holding Company Limited and 50% owned by Unum Limited.
[2] 85.9% owned by UnumProvident Corporation; 10.1% owned by The Paul Revere Life Insurance Company and 4.0% owned by Unum Life Insurance Company of America.
[3] 80% owned by UnumProvident Corporation and 20% owned by UnumProvident Finance Company.
[4] 72% owned by Unum European Holding Company Limited and 28% owned by UnumProvident Finance Company.
[5] 99% owned by UnumProvident Corporation; 1% owned by Provident Investment Management, LLC

***NOTES***

Unum Japan Accident Insurance Company Limited sold all of its stock to Hitachi Capital Corporation on 01/15/2004.
Duncanson & Holt Agencies Limited was dissolved on 05/25/2004.
Options & Choices, Inc. became a wholly-owned subsidiary of GENEX Services, Inc. on 11/17/2004.
SP Administrator, LLC was dissolved on 11/24/2004.
Claims Service International, Inc. was dissolved on 11/24/2004.
Unum Development Corporation was dissolved on 12/01/2004.
Provident Insurance Agency, LLC was dissolved on 12/02/2004.
Unum Holding Company merged into UnumProvident Corporation on 12/22/2004.
Independent Review Services, Inc. was purchased by GENEX Services, Inc. on 08/31/2005.
LRG Services Limited was dissolved on 01/10/2006.
Tailwind Holdings, LLC was formed on 06/21/2006.
Tailwind Reinsurance Company was incorporated on 06/20/2006.
UnumProvident Corporation changed its name to Unum Group on 02/27/2007.
Genex Services, Inc. and all subsidiaries were sold effective 03/01/2007.