Eugene A. Gaer, Esq. (EG-2632)
420 Lexington Avenue, Suite 2620
New York, New York 10170
Attorney for Plaintiff

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | | |
|---|---|---|
| MICHAEL SEAMON, | : | 1:07-CV-2800 |
| Plaintiff, | | (SAS) |
| | : | |
| -against- | | |
| | : | **JURY** |
| UNUM PROVIDENT CORPORATION and | | **DEMAND** |
| PROVIDENT LIFE AND CASUALTY | : | |
| INSURANCE COMPANY, | | |
| Defendants. | : | |

------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rules 38 and 81(c), Fed. R. Civ. Proc., plaintiff Michael Seamon hereby demands a trial by jury of all issues so triable in the above-captioned action.

April 17, 2007

                                          _____
                                          EUGENE A. GAER (EG-2632)
                                          Attorney for Plaintiff
                                          420 Lexington Avenue, Suite 2620
                                          New York, New York 10170
                                          (212) 949-9696 (telephone)
                                          (212) 949-6241 (fax)

TO: Andrew I. Hamelsky, Esq.
    Attorney for Defendants
    White and Williams LLP
    One Penn Plaza
    18th Floor -- Suite 1801
    New York, New York 10119
    (212) 631-4406