```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL SEAMON,                                    :

        Plaintiff,                                      :         **ORDER**

    -against-                                              :         07 Civ. 2800 (SAS)(KNF)

UNUM PROVIDENT CORP., et al.,             :

        Defendants.                                  :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that:

(1) a settlement conference shall be held in the above-captioned action on October 15, 2007, at 2:30 p.m., in courtroom 20A, 500 Pearl Street, New York, New York;

(2) the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the court's website at http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3) at least ten days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York                SO ORDERED:
       May 30, 2007

                                                   _/s/ Kevin Nathaniel Fox_
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE