USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/4/07

# White and Williams LLP

One Penn Plaza
18th Floor, Suite 1801
New York, NY 10119
Phone: 212.244.9500
Fax: 212.244.6200

**MEMO ENDORSED**

Andrew I. Hamelsky
Direct Dial: 212.631.4406
Direct Fax: 212.631.4426
hamelskya@whiteandwilliams.com

October 9, 2007

RECEIVED
OCT 09 2007
KEVIN N. FOX
U.S. MAGISTRATE JUDGE

**Via Facsimile 212-805-6712**
Honorable Kevin N. Fox, USMJ
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007

> **RE: Michael Seamon v. UnumProvident Corp. and
> Provident Life and Casualty Insurance Co.
> Civil Action No.: 07-cv-02800 (SAS)(KNF)
> Our File No.: 16931/K0151**

Dear Judge Fox:

This firm represents defendants UnumProvident Corporation (n/k/a Unum Group) ("Unum") and Provident Life and Casualty Insurance Company ("Provident") in the above-referenced matter. Please accept this joint letter from the parties hereby requesting an adjournment of the October 15, 2007 settlement conference currently scheduled before Your Honor at 2:30 p.m.

Plaintiff's counsel has represented to me that his client, who resides in Atlanta, Georgia would like to personally attend the settlement conference. Due to a family situation with regard to a sick relative, he is unable to do so on October 15, 2007. Defendants agree with plaintiff that all parties should be present before Your Honor so that the mediation is meaningful. As a result, defendants consent to plaintiff's request for an adjournment.

In accordance with Your Honor's rules, the parties request that the mediation occur on November 15, 2007. By way of an alternate date, the parties have also agreed as a second choice to November 14, 2007.

*10/10/07*
*The settlement conference previously scheduled for October 15, 2007, will be held on November 15, 2007, at 2:30 p.m. The conference will be held in Courtroom 6A.*
*SO ORDERED:*
*Kevin Nathaniel Fox, U.S.M.J.*

Allentown, PA • Berwyn, PA • Cherry Hill, NJ
New York, NY • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE

PHLDMS1 3359947v.1

Honorable Kevin N. Fox, USMJ
October 9, 2007
Page 2

     We appreciate the Court's indulgence in this matter. If the Court has any questions or concerns, please feel free to contact the undersigned, or plaintiff's counsel, Eugene Gaer.

                                 Respectfully submitted,
                                 WHITE AND WILLIAMS LLP

                       By: _____
                                 Andrew I. Hamelsky

AIH:jc
cc:    Eugene Gaer, Esq.

PHLDMS1 3359947v.1