USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MICHAEL SEAMON,

                Plaintiff,

- against -

UNUM PROVIDENT CORPORATION,
PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

                Defendants.

------------------------------------- X

**ORDER OF DISMISSAL**

07 Civ. 2800 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action,

       IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                          SO ORDERED:

                                          Shira A. Scheindlin
                                          U.S.D.J.

Dated:    New York, New York
            November 20, 2007

## - Appearances -

**For Plaintiff:**

Eugene A. Gaer, Esq.
420 Lexington Avenue, Suite 2620
New York, New York 10170
(212) 949-9696

**For Defendants:**

Andrew I. Hamelsky, Esq.
White and Williams, LLP
One Penn Plaza, 250 West 34th Street
New York, New York 10119
(212) 631-4406