Scheindlin

Eugene A. Gaer, Esq. (EG-2632)
420 Lexington Avenue, Suite 2620
New York, New York 10170
Attorney for Plaintiff

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MICHAEL SEAMON,
            Plaintiff,

    -against-

UNUM PROVIDENT CORPORATION and
PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,
           Defendants.
------------------------------------------X

No. 07-CV-2800
(SAS)(KNF)

STIPULATION OF
DISCONTINUANCE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: 1 DATE FILED: 1/15/08]

[Stamp: RECEIVED CHAMBERS OF JAN 15 2008 JUDGE SCHEINDLIN]

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action through their undersigned attorneys, that this action shall be, and the same hereby is, dismissed with prejudice and without costs.

December 7, 2007

_____
EUGENE A. GAER (EG-2632)
Attorney for Plaintiff
420 Lexington Avenue, Suite 2620
New York, New York 10170
(212) 949-9696

_____
ANDREW I. HAMELSKY (AH-6643)
Attorney for Defendants
White and Williams LLP
One Penn Plaza
18th Floor -- Suite 1801
New York, New York 10119
(212) 631-4406

SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.